IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CENTER CAPITAL CORP., : | |
| Plaintiff, : | CIVIL ACTION |
| : | |
| v. : | |
| : | |
| PRA AVIATION, LLC and JOSEPH : | |
| PACITTI, : | No. 09-4323 |
| Defendants. : | |

## JUDGMENT

**AND NOW**, this **4th** day of **February, 2011,** following a bench trial on January 31, 2011, and for the reasons stated in this Court's Memorandum dated February 4, 2011, it is hereby **ORDERED** that:

1. Judgment is entered in favor of Center Capital.

2. The parties are encouraged to stipulate to a mutually-agreeable damages figure. Failing this, the parties shall submit briefing outlining damages calculations for entry of judgment no later than February 17, 2011.

2. Center Capital shall submit a petition for its attorneys' fees and costs no later than February 17, 2011.

3. The Clerk of Court is directed to close this case.

BY THE COURT:

_____
**Berle M. Schiller, J.**