# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CENTER CAPITAL CORP., | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PRA AVIATION, LLC and JOSEPH PACITTI, | : | No. 09-4323 |
| Defendants. | : | |

## JUDGMENT AND ORDER

**AND NOW,** this **14th** day of **March, 2011**, upon consideration of Plaintiff Center Capital Corporation's Brief Outlining Damages for Entry of Judgment, Plaintiff's Petition for Fees and Costs, Defendant's Brief Outlining Damages Calculations, and for the reasons stated in this Court's Memorandum dated March 14, 2011, it is hereby **ORDERED** that:

1. Plaintiff's Petition for Fees and Costs (Document No. 54) is **GRANTED**.

2. Judgment is **ENTERED** in favor of Plaintiff and against Defendants in the amount of Two Million Four Hundred Fifty-Eight Thousand Four Hundred Eighty-Nine Dollars and Thirty-Three Cents ($2,458,489.33), as follows:

    a. Damages in the amount of Two Million Three Hundred Seventy-Eight Thousand Four Hundred Eighty-Eight Dollars and Fifty-Three Cents ($2,378,488.53).

    b. Attorneys' fees in the amount of Seventy-Seven Thousand Forty-Two Dollars and Thirty-One Cents ($77,042.31).

    c. Costs in the amount of Two Thousand Nine Hundred Fifty-Eight Dollars and Forty-Nine Cents ($2,958.49).

BY THE COURT:

_____
**Berle M. Schiller, J.**