IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CENTER CAPITAL CORP., | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PRA AVIATION and | : | |
| JOSEPH PACITTI, | : | No. 09-4323 |
| Defendants. | : | |

# ORDER

AND NOW, this **31st** day of **March**, **2014**, upon consideration of Defendants' request for an extension of time, it is hereby **ORDERED** that Defendant Pacitti shall respond to Glenwood Real Estate Group LLC's ("Glenwood") Application for Order Charging Partnership Interest of Pacitti by **Friday, April 4, 2014, at 5:00 p.m.**

BY THE COURT:

_____
**Berle M. Schiller, J.**